```
KAMER ZUCKER ABBOTT
Gregory J. Kamer          #0270
Nicole A. Young           #13423
3000 W. Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
gkamer@kzalaw.com
nyoung@kzalaw.com
```

Attorneys for Defendant
Brady Linen Services, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE SOUTHERN NEVADA OPERATING AND MAINTENANCE ENGINEERS APPRENTICESHIP AND TRAINING TRUST FUND, by and through its designated fiduciary Tom O'Mahar,<br><br>Plaintiff,<br><br>vs.<br><br>BRADY LINEN SERVICES, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:17-cv-00115-JCM-PAL<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*(First Request)* |

Plaintiff The Southern Nevada Operating and Maintenance Engineers Apprenticeship and Training Trust Fund ("JATC") and Defendant Brady Linen Services, LLC ("Brady"), by and through their respective counsel of record, stipulate and request that the Court extend the deadline for Defendant's response to Plaintiff's Complaint from the current deadline of February 3, 2017, up to and including March 6, 2017. In support of this Stipulation and Request, the parties state as follows:

1. Defendant was served with the Summons and Complaint (ECF No. 1) in this matter on January 13, 2017, rendering its response to the Complaint due by February 3, 2017.

2. Counsel for Defendant has represented Defendant in multiple charges filed with the National Labor Relations Board ("NLRB") pertaining to the issues described in Plaintiff's Complaint. Accordingly, Defendant's counsel has provided the information that it provided to the NLRB to Plaintiff's counsel for his review. The parties believe that such review is necessary to allow the parties to consider an alternative resolution to this case.

3. Counsel for both parties have conferred regarding this request for an extension of time and both parties agree to the extension.

4. This is the first request for an extension of time in this matter and is being brought in good faith and is not sought for any improper purpose or other purpose of delay.

WHEREFORE, the parties respectfully that the Court extend the deadline for Defendant to respond to Plaintiff's Complaint, up to and including March 6, 2017.

DATED this 3rd day of February, 2017.

| CHRISTENSEN JAMES & MARTIN | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Kevin B. Christensen<br>Kevin B. Christensen    #175<br>Laura J. Wolff             #6869<br>7440 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Tel: (702) 255-1718<br>Fax: (702) 255-0871 | By: /s/ Nicole A. Young<br>Gregory J. Kamer    #0270<br>Nicole A. Young     #13423<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

DATE: February 3, 2017

_____
UNITED STATES MAGISTRATE JUDGE