**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ. (175)
DARYL E. MARTIN, ESQ. (6735)
LAURA J. WOLFF, ESQ. (6869)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
kbc@cjmlv.com, dem@cjmlv.com, ljw@cjmlv.com
*Attorneys for the Southern Nevada Operating
and Maintenance Engineers Apprenticeship
and Training Trust Fund*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THE SOUTHERN NEVADA OPERATING AND MAINTENANCE ENGINEERS APPRENTICESHIP AND TRAINING TRUST FUND, by and through its designated fiduciary Tom O'Mahar,<br><br>Plaintiff,<br><br>vs.<br><br>BRADY LINEN SERVICES, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO.: 2:17-cv-00115-JCM-PAL<br><br>**STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT**<br> AND ORDER |

Plaintiff, the Southern Nevada Operating and Maintenance Engineers Apprenticeship and Training Trust Fund ("Plaintiff"), and Defendant, Brady Linen Services, LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate to allow the Plaintiff to amend the Complaint to enlarge and clarify the factual and legal bases for its claim against the Defendant. In support of this Stipulation and Request, the Parties state as follows:

1. The Plaintiff is permitted to file an Amended Complaint to enlarge and clarify the factual and legal bases for its claims against the Defendant;

2. The Plaintiff shall have ten days from the date the Order is signed to file an Amended Complaint;

3. On February 3, 2017, the Court entered its Order approving a stipulation intended to allow the Defendant until March 6, 2017 to file an Answer to the Complaint [ECF No. 6]. However, because of this Stipulation for Leave to File Amended Complaint, the time for Defendant to file an Answer to the Amended Complaint shall be enlarged to twenty (20) days after the Amended Complaint is filed or March 6, whichever is the later date.

Dated this 14th day of February, 2017.

| CHRISTENSEN JAMES & MARTIN | KAMER ZUCKER ABBOTT |
|---|---|
| By:  /s/ Laura J. Wolff<br>Laura J. Wolff, Esq.<br>Nevada Bar No. 6869<br>7440 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone:  (702) 255-1718<br>Facsimile:  (702) 255-0871 | By:  /s/ Nicole A. Young<br>Gregory J. Kamer, Esq.<br>Nevada Bar No. 0270<br>Nicole A. Young, Esq.<br>Nevada Bar No. 13423<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada  89102<br>Telephone: (702) 259-8640<br>Facsimile:  (702) 259-8646 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

Date: February 16, 2017

_____
UNITED STATES DISTRICT JUDGE